**Dismissed and Memorandum Opinion filed September 25, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00773-CV

**ARTIS ANDERSON, Appellant**

**V.**

**SCHEAMEL KONEKIE ANDERSON, Appellee**

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-03174**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 21, 2012. On September 19, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.